# Exhibit 2

Charted Claims:

Non-Method Claim: 1

| US7714726 | U11 Rugged Tablet ("Accused Product") |
|---|---|
| 1. A Radio Frequency (RF) device, comprising: a circuit; and | The accused product is a Radio Frequency (RF) device (e.g., the accused product), comprising a circuit (e.g., electronic circuit of the accused product).<br><br>As shown below, the accused product supports RF features such as Bluetooth, Wi-Fi, etc. and must comprise an internal circuit.<br><br><br><br>https://www.durabook.com/us/products/u11-tablet/ |

## SUPERB PERFORMANCE BUILT IN

Running on Intel® 12th Generation CPUs and featuring a unique Coolfinity™ fanless thermal design, the U11 provides the perfect blend of functionality, performance and reliability. Plus, advanced wired and wireless transmission capabilities of Thunderbolt 4, 5G, 4G LTE, Intel® WI-FI 6E and Bluetooth® V5.3 means smooth, congestion-free data processing at all times. For field operatives everywhere, the next generation of rugged mobile solutions has arrived.



https://www.durabook.com/us/products/u11-tablet/

**Communications**

Integrated 10/100/1000 Ethernet

Intel® Wi-Fi 6E AX211 (802.11ax) —— RF

Bluetooth® V5.3

Optional dedicated GPS module (UBLOX-NEO-M9N)[1]

Optional 4G LTE multi-carrier mobile broadband[1]

Optional 5G (project based)[1]

Optional RF antenna pass-through for GPS, WWAN, and WLAN

https://www.durabook.com/us/products/u11-tablet/



Source: Test report of the accused product

| an antenna coupled to the circuit, wherein the antenna minimally affects electromagnetic RF fields surrounding the antenna even in the vicinity of the antenna. | The accused product discloses an antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) coupled to the circuit (e.g., circuit of the accused product), wherein the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) minimally affects electromagnetic RF fields surrounding the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.) even in the vicinity of the antenna (e.g., antennas for Bluetooth, Wi-Fi, etc.).<br><br>As shown below and as per belief, the accused product has antennas for Bluetooth and Wi-Fi and must be connected to its internal circuit. Wi-Fi enables internet access and Bluetooth enables connectivity to Bluetooth compatible devices. Bluetooth uses antenna of same frequency as Wi-Fi which is a standard frequency of 2.4 GHz that are |

configured to work simultaneously, they operate on separate antennas, ensuring minimal interference between them despite both of them operating in 2.4 GHz range.

**Communications**

Integrated 10/100/1000 Ethernet

Intel® Wi-Fi 6E AX211 (802.11ax)

Bluetooth® V5.3

RF

Optional dedicated GPS module (UBLOX-NEO-M9N)[1]

Optional 4G LTE multi-carrier mobile broadband[1]

Optional 5G (project based)[1]

Optional RF antenna pass-through for GPS, WWAN, and WLAN

https://www.durabook.com/us/products/u11-tablet/

## SUPERB PERFORMANCE BUILT IN

Running on Intel® 12th Generation CPUs and featuring a unique Coolfinity™ fanless thermal design, the U11 provides the perfect blend of functionality, performance and reliability. Plus, advanced wired and wireless transmission capabilities of Thunderbolt 4, 5G, 4G LTE, Intel® WI-FI 6E and Bluetooth® V5.3 means smooth, congestion-free data processing at all times. For field operatives everywhere, the next generation of rugged mobile solutions has arrived.



https://www.durabook.com/us/products/u11-tablet/



Source: Test report of the accused product



**WLAN Antenna**

Source: Test report of the accused product

**Making Connections**

# Connecting to Wireless Connections

Your tablet PC can connect and communicate with other Bluetooth-enabled devices.

 **NOTE**

- Do not disassemble the bumper. Otherwise, the antenna may be damaged, resulting in poor reception.

Bluetooth antenna

Opening the Quick Settings menu

https://s3.us-east-1.amazonaws.com/media-durabook.com/ U11I_User+Manual_20250731.pdf

## Connecting to a Bluetooth Device

Your tablet PC can connect and communicate with other Bluetooth-enabled devices.

To add a device, follow the steps below:

1. Open the Quick Settings menu (see page 40). Then tap **Bluetooth** to enable the function.



2. Tap the arrow icon (>) next to the Bluetooth icon.

3. Select the device you want to connect. Then follow the on-screen instructions to pair the devices.

https://s3.us-east-1.amazonaws.com/media-durabook.com/U11I_User+Manual_20250731.pdf



**802.11 TYPES & FREQUENCY BANDS**

| IEEE 802.11 VARIANT | FREQUENCY BANDS USED | COMMENTS |
| --- | --- | --- |
| 802.11a | 5GHz | Read more about 802.11a |
| 802.11b | 2.4GHz | Read more about 802.11b |
| 802.11g | 2.4GHz | Read more about 802.11g |
| 802.11n | 2.4 & 5 GHz | Read more about 802.11n |
| 802.11ac | Below 6GHz | Read more about 802.11ac |
| 802.11ad | Up to 60 GHz | Read more about 802.11ad |

https://www.electronics-notes.com/articles/connectivity/wifi-ieee-802-11/channels-frequencies-bands-bandwidth.php

| | Bluetooth® Classic | Bluetooth® LE |
| --- | --- | --- |
| **Frequency Band** | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) | 2.4GHz ISM Band (2.402 – 2.480 GHz Utilized) |
| **Channels** | 79 channels with 1 MHz spacing | 40 channels with 2 MHz spacing (3 advertising channels/37 data channels) |

https://www.bluetooth.com/learn-about-bluetooth/tech-overview/